USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Michael Buxbaum,  )
    Plaintiff  )

    -against-  )    Docket No. 7:25-cv-00526

Keith Cornell, Acting Family Court Judge &
    Rockland County Surrogate Judge  )
    Defendant  )    **Notice of Motion**

**MEMO ENDORSED**

PLEASE TAKE NOTICE that upon the Pleadings and Affidavit of Plaintiff Michael Buxbaum filed with the court on May 2, 2025 Plaintiff Michael Buxbaum will move before this Court at United States District Court Southern District of New York at 500 Pearl Street in the City of New York, County of New York, and State of New York on May 27, 2025 or soon thereafter for the granting of the Plaintiff's Michael Buxbaum's motion for an ORDER for the REMOVAL from the judicial office of Acting Family Court Judge & Rockland County Surrogate Judge Defendant Keith Cornell located at the Rockland County Courthouse, One South Main Street, New City, New York 10956 for making fraudulent communications and False Claims for money to the United States Federal Government for money and spending such money fraudulently in violation of U.S. Code Title 31 Subtitle III Chapter 37, Subchapter III § 3729 False Claims Act.

                                                                               _____
                                                                               Plaintiff Michael Buxbaum

---

The Court is in receipt of *pro se* Plaintiff's motion requesting the Court to order the removal of Defendant Keith Cornell from his judicial office. *Pro se* Plaintiff's motion is DENIED for failure to follow the Court's Individual Rules of Practice. The Clerk of Court is directed to terminate the motion at ECF No. 18 and to mail a copy of this endorsement to *pro se* Plaintiff's address as it is listed on ECF and to show service on the docket.

Dated: June 5, 2025
       White Plains, NY            SO ORDERED:

                                             NELSON S. ROMÁN
                                          United States District Judge

Michael Buxbaum
7491 N Federal Hwy
125
Boca Raton FL 33487

0011553535000011
United States District Court
Southern District of New York
500 Pearl Street
New York NY 33487
USA



USPS CERTIFIED MAIL

9214 8901 4298 0417 7269 52

RECEIVED
MAY 06 2025
PRO SE OFFICE